IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BOBBY LEE ROBERTSON** **PLAINTIFF**
**ADC #121746**

V. No. 4:23-cv-01026 JM-ERE

**QUINTON MIXON, et al,** **DEFENDANTS**

## ORDER

In light of the motion to amend his complaint, the Court declines to adopt the Recommended Disposition at this time. The case is referred back to United States Magistrate Judge Edie R. Ervin.

IT IS SO ORDERED this 26th day of January, 2024.

_____
James M. Moody Jr.
United States District Judge