IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BOBBY LEE ROBERTSON**  **PLAINTIFF**
**ADC #121746**

V.                NO. 4:23-cv-01026-JM

**QUINTON MIXON,** *et al.*  **DEFENDANTS**

**ORDER**

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. Robertson's timely objections, his motion to strike, as well as a de novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

All claims asserted in Mr. Robertson's second amended complaint are DISMISSED, without prejudice, based on his failure to state a plausible constitutional claim for relief. Mr. Robertson's motion to strike Judge Ervin's Recommendation (ECF No. 17) is without merit and DENIED. Judgment shall be entered accordingly, and this case will be CLOSED.

The Court recommends that, in the future, this dismissal be considered a "strike" for purposes of 28 U.S.C. § 1915(g) and certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

IT IS SO ORDERED, this 26th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE