# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**BOBBY LEE ROBERTSON**  **PLAINTIFF**
**ADC #121746**

V.  NO. 4:23-cv-01026-JM

**QUINTON MIXON,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 26th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE